Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-00392RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| ELLIOTT RYAN WALKER, | |
| Defendant. | |

THIS MATTER having come before the Court on the Defendant's Motion for Early Termination of Supervised Release.  The Court having reviewed Defendant's motion and the files and records herein, and there being no opposition filed by the Government,

IT IS HEREBY ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. #41) is GRANTED.  Defendant Elliott Ryan Walker's term of supervised release is terminated.

DATED this 5th day of February, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Elliott Rayan Walker;* CR11-00392RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100